**YI LIN ZHENG, ESQ.**
Nevada Bar No. 1011
VEGAS GOLDEN LAW
2801 S Valley View, Ste 16
Las Vegas, Nevada 89102
Phone: 702-385-7170
VegasGoldenLaw@gmail.com
Attorney for Defendant
JONATHAN GARCIA

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JONATHAN GARCIA,<br><br>　　　　Defendant | Case No.: 2:19-cr-00174-APG-NJK<br><br>**STIPULATION TO CONTINUE CHANGE OF PLEA HEARING (JOINT)** |

COMES NOW, Defendant, JONATHAN GARCIA through undersigned counsel, YI LIN ZHENG, ESQ. and the United States being represented by and through the United States Attorney Office to jointly request a continuance of the Change of Plea Hearing.

1. Mr. Garcia's Change of Plea is scheduled for Wednesday, February 10, 2021, at 2:00 p.m.

2. Counsel received in the mail on February 9, 2021, correspondence from Mr. Garcia in the form of a Motion to Dismiss Counsel or to Cure Breakdown in Communication and Growing Irreconcilable Difference.

3. Mr. Garcia indicated that he submitted the same motion to the Court.

4. The parties jointly believe that at this juncture it is best to continue the Change of Plea until after the Magistrate Judge can address Mr. Garcia's Motion to Dismiss Counsel.

**IT IS HEREBY STIPULATED AND AGREED UPON**, by and between the parties hereto, that the Change of Plea date in the above referenced case be continued for a no less than 45 days until after the Magistrate Judge has ruled on Defendant's Motion to Dismiss Counsel or until such time as convenient to the Court.

STIPULATION entered by and SUBMITTED this 9th day of February, 2021.

NICHOLAS A. TRUTANICH
United States Attorney

*/ s / Yi Lin Zheng*  */ s / Kim Sokolich*
By: _____  By: _____
YI LIN ZHENG, ESQ.  KIM SOKOLICH
Attorney for JONATHAN GARCIA  Assistant United States Attorney

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JONATHAN GARCIA,<br><br>　　　　　Defendant | Case No.: 2:19-cr-00174-APG-NJK<br><br>**ORDER TO CONTINUE CHANGE OF PLEA HEARING** |

Upon Stipulation of the parties:

**IT IS HEREBY ORDERED** that the CHANGE OF PLEA date in the above referenced case shall be continued for no less than 45 days until after the Magistrate Judge has ruled on Defendant's Motion to Dismiss Counsel or until such time as convenient to the Court from Wednesday, February 10, 2021 to __March 31, 2021__ at __2:00__ a.m./p.m., Courtroom __6C__.

DATED this __10th__ day of February, 2021.

_____
HONORABLE JUDGE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

3