Osvaldo E. Fumo, Esq.
Nevada bar No. 5956
PITARO & FUMO, CHTD.
601 Las Vegas Boulevard, South
Las Vegas, Nevada 89101
(702) 474-7554 Fax (702) 474-4210
Email: ozzie.fumolaw@gmail.com
Attorney for Defendant – JONATHAN GARCIA

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * *

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO.: 2:19-CR-00174-APG-NJK-2 |
| **JONATHAN GARCIA,** | ) |
| Defendant. | ) |

## **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING**

IT IS HEREBY STIPULATED AND AGREED by and between OSVALDO E. FUMO, ESQ. Counsel for Defendant JONATHAN GARCIA and KIMBERLY ANNE SOKOLICH, Assistant United States Attorney, that the Sentencing Hearing currently scheduled for July 14, 2021, at 2:00 p.m., be vacated and reset or a date and time convenient to the court, but no earlier than 30 days.

This Stipulation is entered into for the following reasons:

1. Counsel for defendant has spoken to defendant and he has no objection to the request of continuance.

-1-

2. Defendant is in custody in Pahrump.

3. Counsel has spoken to AUSA Sokolich and she does not oppose to the continuance.

4. Defense Counsel and Counsel for Government is requesting additional time to go over issues that needs to be resolved prior to sentencing.

5. Denial of this request for continuance could result in a miscarriage justice.

6. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing Hearing until a date and time convenient to the court.

This is the first request for continuance filed herein.

DATED: July 13, 2021

| /S/ Osvaldo E. Fumo, Esq. | /S/ Kimberly Anne Sokolich, Esq. |
|---|---|
| OSVALDO E. FUMO, ESQ. | KIMBERLY ANNE SOKOLICH, ESQ. |
| 601 LAS VEGAS BOULEVARD, S | ASSISTANT UNITED STATES ATTORNEY |
| LAS VEGAS, NEVADA 89101 | 501 LAS VEGAS BOULEVARD SOUTH. #1100 |
| ATTORNEY FOR THE DEFENDANT | LAS VEGAS, NEVADA 89101 |
| JONATHAN GARCIA | ATTORNEY FOR UNITED STATES OF AMERICA |

Osvaldo E. Fumo, Esq.
Nevada bar No. 5956
PITARO & FUMO, CHTD.
601 Las Vegas Boulevard, South
Las Vegas, Nevada 89101
(702) 474-7554 Fax (702) 474-4210
Email: ozzie.fumolaw@gmail.com
Attorney for Defendant – JONATHAN GARCIA

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
\* \* \*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: 2:19-CR-00174-APG-NJK-2 |
| ) | |
| **JONATHAN GARCIA,** ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsel for defendant has spoken to defendant and he has no objection to the request of continuance.

2. Defendant is in custody in Pahrump.

3. Counsel has spoken to AUSA Sokolich and she does not oppose to the continuance.

4. Defense Counsel and Counsel for Government is requesting additional time to go over issues that needs to be resolved prior to sentencing.

5. Denial of this request for continuance could result in a miscarriage justice.

6. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing Hearing until a date and time convenient to the court.

This is the first request for continuance filed herein.

## CONCLUSIONS OF LAW

Denial of this request for continuance would deny the parties herein the opportunity to effectively and thoroughly prepare for Sentencing Hearing.

Additionally, denial of this request for continuance could result in a miscarriage of justice.

## ORDER

IT IS HEREBY ORDERED that the Sentencing Hearing currently scheduled for July 14, 2021, at 2:00 p.m., be continued to the 18th day of August, **2021** at 1:30 p.m., in courtroom **6C.**

DATED this 13th day of July, 2021.

_____
U.S. DISTRICT JUDGE

-4-