UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JONATHAN GARCIA, ) <br> Defendant. ) <br> ) | CASE NO. 2:19-CR-00174-APG-NJK <br><br> **ORDER** |

Based on the Stipulation of the parties, the sentencing hearing in this matter is hereby continued. The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, and would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

IS IT HEREBY ORDERED that the sentencing in the above-captioned matter currently scheduled for January 5, 2022, at 1:30 p.m., be vacated and continued to March 23, 2022, at 1:30 p.m. in courtroom 6C.

DATED: December 9, 2021

_____
ANDREW P. GORDON
United States District Judge