RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
DAWN A. PENN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Dawn_Penn@fd.org

Attorney for Jonathan Garcia

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JONATHAN GARCIA,<br><br>    Defendant. | Case No. 2:19-cr-00174-APG-NJK-2<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Deputy Attorney General of the United States, and Courtney Strange, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Dawn A. Penn, Assistant Federal Public Defender, counsel for Jonathan Garcia, that the Revocation Hearing currently scheduled on March 4, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1.    Defense counsel needs additional time to discuss the allegations within the petition with the defendant.

2.    Additionally, more time is needed for the allegations to be investigations and for the parties to engage in negotiations regarding potential resolutions.

3.      The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 26th day of February, 2026.

RENE L. VALLADARES
Federal Public Defender

TODD BLANCHE
Deputy Attorney General of the United States

By /s/ Dawn A. Penn
DAWN A. PENN
Assistant Federal Public Defender

By /s/ Courtney Strange
COURTNEY STRANGE
Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00174-APG-NJK-2 |
| Plaintiff, | **ORDER** |
| v. | |
| JONATHAN GARCIA, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for March 4, 2026 at 11:30 a.m., be vacated and continued to March 18, 2026 at the hour of 11:00 a.m. in Courtroom 6C; or to a time and date convenient to the court.

DATED this 26th day of February, 2026.

_____

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

3