RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
DAWN A. PENN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Dawn_Penn@fd.org

Attorney for Jonathan Garcia

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00174-APG-NJK-2 |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE REVOCATION HEARING** (Fourth Request) |
| JONATHAN GARCIA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Acting Attorney General of the United States, and Courtney Strange, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Dawn A. Penn, Assistant Federal Public Defender, counsel for Jonathan Garcia, that the Revocation Hearing currently scheduled on May 13, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than twenty-one (21) days.

This Stipulation is entered into for the following reasons:

1.     Defense counsel needs additional time to discuss the allegations within the petition with the defendant.

2.     Additionally, more time is needed for the parties to engage in negotiations regarding potential resolutions.

3. Defense counsel will be out of the district from May 26 to June 1, 2026.

4. Counsel for the government has an exceptionally busy schedule within the next two weeks.

5. The defendant is in custody and agrees to a continuance.

6. The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED this 11th day of May, 2026.

RENE L. VALLADARES
Federal Public Defender

TODD BLANCHE
Acting Attorney General of the United States

By */s/ Dawn A. Penn*
DAWN A. PENN
Assistant Federal Public Defender

By */s/ Courtney Strange*
COURTNEY STRANGE
Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00174-APG-NJK-2 |
| Plaintiff, | **ORDER** |
| v. | |
| JONATHAN GARCIA, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for May 13, 2026 at 11:00 a.m., be vacated and continued to June 10, 2026 at the hour of 9:00 a.m. in Courtroom 6C; or to a time and date convenient to the court.

DATED this 11th day of May, 2026.

_____

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

3